**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JERRY QUINN DAVIS,

    Plaintiff,

vs.                                    Case No.:  3:07cv166/MCR/EMT

UNITED STATES OF AMERICA,

    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 21, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This cause is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) and the clerk is directed to close the file.

    **DONE AND ORDERED** this 29th day of June, 2007.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**